FILED
CHARLOTTE, NC

JAN 11 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:10mc5

RE:                              )
                                 )
FEES FOR JUROR PARKING           )   ADMINISTRATIVE ORDER
                                 )
_____)

It appearing to the Court that fees jurors must pay for parking when reporting for jury service have increased, this Court hereby establishes a reasonable parking fee which is to be paid to jurors.

**THEREFORE, IT IS ORDERED** that jurors reporting for jury duty in the Western District of North Carolina shall be paid a maximum daily amount of $8.00 for reimbursement of parking.

SO ORDERED this 10 day of January, 2010.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge